[No. 35497-7-II.   Division Two.   November 6, 2007.]

FREDERICK E. COOPERRIDER, *Appellant*, v. THE CITY OF OCEAN SHORES, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 05-2-01463-2, David E. Foscue, J., entered October 9, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 35610-4-II.   Division Two.   November 6, 2007.]

*In the Matter of* PRAIRIE PARK EAST HOMEOWNERS' ASSOCIATION.

IRISH MCCAMMANT, *Appellant*, v. MARY MURPHY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-00667-3, Chris Wickham, J., entered October 13, 2006. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Houghton, C.J., and Armstrong, J.

[No. 35722-4-II.   Division Two.   November 6, 2007.]

HON YOEUN, *Individually and as Guardian, Appellant*, v. THE CITY OF VANCOUVER, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 04-2-01170-5, Robert L. Harris, J., entered December 1, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Penoyar, J.